# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-0305-01-CR-W-FJG |
| Jose Mauricio Bonilla-Siciliano, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the issue of defendant's mental competency. On March 26, 2007, defendant filed a motion for determination of competency (Doc. #34) which was granted by Magistrate Judge John T. Maughmer (Doc. #35, March 28, 2007). Judge Maughmer held a hearing regarding defendant's mental competency on August 27, 2007, at which time the parties stipulated to the forensic evaluation of Karen Milliner, Psy.D.

Judge Maughmer issued a report and recommendation (Doc. #49), filed August 30, 2007, finding that defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. No objections to the report and recommendation were filed.

The Court, after independent review of the record and applicable law, finds that defendant is competent to understand the nature and consequences of the proceedings against him and to properly assist in his own defense, and that he is competent to stand trial.

IT IS SO ORDERED.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: 10/16/07
Kansas City, Missouri